UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>INNOV8TIVE NUTRITION, INC., et al,<br><br>Defendants. | Case No.: 22cv0721-LL-AHG<br><br>**ORDER STAYING ACTION PENDING BANKRUPTCY PROCEEDING AND DENYING WITHOUT PREJUDICE ALL PENDING MOTIONS**<br><br>**[ECF Nos. 39, 41, 50, 53, 62]** |

On October 7, 2024, Plaintiff Youngevity International Inc. filed its First Amended Complaint ("FAC") against Defendants Innov8tive Nutrition, Inc. and LaCore Enterprises, LLC. ECF No. 38. Plaintiff, who is in the business of marketing and selling dietary supplement products, alleges that Defendants are alter egos and violated various trademark and unfair competition laws regarding the same. *See generally id*.

The parties jointly moved to partially seal the FAC; LaCore Enterprises, LLC moved to dismiss the FAC for lack of personal jurisdiction; Innov8tive Nutrition, Inc. moved to partially seal the motion to dismiss; and Plaintiff moved to partially seal its response to the motion to dismiss. ECF Nos. 39, 41, 50, 53, 62.

On January 31, 2025, Innov8tive Nutrition, Inc. filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court,

Eastern District of Texas, case number 25-40277. ECF No. 81-1. Innov8tive Nutrition, Inc. then noticed the Court of its bankruptcy petition. ECF No. 81.

In light of Innov8tive Nutrition, Inc.'s Chapter 11 petition, the Court **STAYS** this action pursuant to 11 U.S. Code § 362(a) and **DENIES WITHOUT PREJUDICE** all pending motions. ECF Nos. 39, 41, 50, 53, 62.

Innov8tive Nutrition, Inc. **SHALL FILE** a status report (1) every <u>six (6) months</u> during the pendency of the Chapter 11 Case (on August 1 and February 1 of each year); <u>***and***</u> (2) within <u>two (2) weeks</u> of the resolution of the Chapter 11 Case.

**IT IS SO ORDERED.**

Dated: February 3, 2025

_____
Honorable Linda Lopez
United States District Judge